```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3116 |
| | ) | |
| v. | ) | |
| | ) | |
| URIEL HERNANDEZ RUIZ, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. An evidentiary hearing on defendant Uriel Hernandez Ruiz' motion to suppress, filing 21, will be held before the undersigned on December 19, 2005 at 2:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Based on the defendant's request, the court has scheduled three hours for this hearing.

2. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

3. As to all defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.

DATED this 14th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge